Young Cho
Attorney at Law: 189870
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562) 868-5886
Fax: (562) 868-5491
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
Jonathan Ramirez

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN RAMIREZ, | Case No.: 5:18-cv-01706-ADS |
| Plaintiff, | ORDER OF DISMISSAL |
| vs. | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

The above captioned matter is dismissed with prejudice, each party to bear its own fees, costs, and expenses.

IT IS SO ORDERED.

DATE: 2/22/19

/s/ Autumn D. Spaeth
THE HONORABLE AUTUMN D. SPAETH
UNITED STATES MAGISTRATE JUDGE

DATE: February 20, 2019        Respectfully submitted,

                               LAW OFFICES OF LAWRENCE D. ROHLFING

                                    /s/ *Young Cho*
                               BY: _____
                               Young Cho
                               Attorney for plaintiff Jonathan Ramirez

# CERTIFICATE OF SERVICE
# FOR CASE NUMBER 5:18-CV-01706-ADS

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for this court by using the CM/ECF system on February 20, 2019.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ Young Cho*

_____

Young Cho
Attorneys for Plaintiff
_____